1  Sengthiene Bosavanh, Esq. #249801
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4

5  Attorney for Plaintiff

6

7

8

9              IN THE UNITED STATES DISTRICT COURT FOR

10                  THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 PHETRAPHONE         )
   PHRASAVATH          )
14                     )       1:07-cv-774 AWI TAG
                       )
15      Plaintiff,     )       STIPULATION AND ORDER
                       )
16 vs.                 )
                       )
17 Commissioner of Social )
   Security,           )
18                     )
        Defendant.     )
19 _____)

20
       IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be
21
   granted a 30 day extension of time, until January 18, 2008, in which to serve Plaintiff's
22
   Confidential brief.  All remaining actions under the scheduling order filed May 29, 2007, shall
23
   proceed under the time limit guidelines set therein.
24
   / /
25
   / /
26
   / /
27
   / /
28

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated:  December 22, 2007 | /s/ Sengthiene Bosavanh |
| 3 | | SENGTHIENE BOSAVANH, ESQ.<br>Attorney for Plaintiff. |
| 4 | | |
| 5 | Dated: December 26, 2007 | MCGREGOR SCOTT<br>United States Attorney |
| 6 | | |
| 7 | | By: /s/ Geralyn Gulseth<br>(as authorized via facsimile/e-mail)<br>GERALYN GULSETH |
| 8 | | Assistant Regional Counsel |

IT IS SO ORDERED.

Dated:  **December 27, 2007**                               **/s/ Theresa A. Goldner**
                                                                                  UNITED STATES MAGISTRATE JUDGE

2