**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PHETTRAPHONE PHRASAVATH,<br><br>        Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>        Defendant.<br>_____/ | Case No.  1:07-cv-00774 AWI TAG<br><br>ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO FILE OPENING BRIEF |

       Plaintiff Phettraphone Phrasavath ("Plaintiff"), represented by counsel, seeks judicial review of an administrative decision denying Plaintiff's claim for benefits under the Social Security Act.

       This Court issued its May 29, 2007 Scheduling Order requiring Plaintiff to file an opening brief within 45 days after Defendant lodged the administrative record.  (Doc. 6).  On November 21, 2007, Defendant lodged the administrative record.  (Doc. 14).  The Court initially calculated January 5, 2008, as the deadline to file and serve Plaintiff's motion for summary judgment and/or remand ("opening brief").  On December 27, 2007, Plaintiff was granted a 30-day extension to serve a confidential brief.  (Doc. 19).  The service of a confidential brief has no effect on the deadlines in the scheduling order issued in this action.  (Doc. 6).  Plaintiff's opening brief was due on January 5, 2008 and no extension of that deadline has been granted.  To date, Plaintiff has not complied with the scheduling order.  Plaintiff's opening brief is now more than four months' delinquent.

       Accordingly, this Court ORDERS Plaintiff, no later than June 6, 2008, to show cause in writing why sanctions, including dismissal of this action, should not be imposed for Plaintiff's failure to file an opening brief and to comply with this Court's orders.  This Court will vacate this

1 | Order to Show Cause if Plaintiff files and serves an opening brief no later than June 3, 2008.  No
2 | further extensions of time will be granted.
3 | **Plaintiff is admonished that failure to timely comply with this order will result in a**
4 | **recommendation to dismiss this action.**
5 |
6 | IT IS SO ORDERED.
7 | Dated:   **May 22, 2008**                                              /s/ Theresa A. Goldner
                                                                          UNITED STATES MAGISTRATE JUDGE