IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHETTRAPHONE PHRASAVATH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COMMISSIONER OF SOCIAL )<br>SECURITY, )<br>)<br>)<br>Defendant. )<br>_____ ) | CIV- F-07-774  AWI TAG<br><br>ORDER CLOSING CASE IN<br>LIGHT OF STIPULATION<br>FOR DISMISSAL |

On May 22, 2008, the parties filed a stipulation for dismissal of this action.  The Court construes the stipulation as one made pursuant to Rule 41(a)(1).

Rule 41(a)(1), in relevant part, reads:

> an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs, or (ii) by filing a stipulation of dismissal signed by all parties who have appeared in the action. Unless otherwise stated in the notice of dismissal or stipulation, the dismissal is without prejudice, except that a notice of dismissal operates as an adjudication upon the merits when filed by a plaintiff who has once dismissed in any court of the United States or of any state an action based on or including the same claim.

Dismissals under Rule 41(a)(1) are effective upon filing and no court order is required.  See Commercial Space Mgmt. Co. v. Boeing Co., 193 F.3d 1074, 1077 (9th Cir. 1999); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997); In re Wolf, 842 F.2d 464, 466 (D.C. Cir. 1989); Eitel v. McCool, 782 F.2d 1470, 1472-73 (9th Cir. 1986); Gardiner v. A.H. Robins Co., 747 F.2d 1180, 1189 (8th Cir. 1984).  Because the parties have filed a stipulation for dismissal that complies with Rule 41(a)(1), this case has terminated.

Therefore, IT IS HEREBY ORDERED that the Clerk close this case in light of parties's filed Rule 41(a)(1) Stipulation For Dismissal.

IT IS SO ORDERED.

**Dated:   May 23, 2008**               /s/ Anthony W. Ishii
                                  UNITED STATES DISTRICT JUDGE

2